EXHIBIT A

Plaintiff: Alvin Cooks

Plaintiff's injuries: Plaintiff was diagnosed withAsbestosis and Asbestos - Related Pleural Diseased on or about March 1, 2007. Defendants: Plaintiff contends that the asbestos-containing products to which he was or may have been exposed to were manufactured, supplied, distributed, installed and/or contracted for by Defendants.

Plaintiff's exposure to asbestos occurred at the following times and places, and involved exposure to dust created by the contractors and the products of the entities listed below. The exposure includes, <u>but is not limited,</u> to the following presently known contractors and the manufacturers and distributors of asbestos-containing products:

| Employer | Location of Exposure | Job Title | Exposure Dates |
|---|---|---|---|
| US Air Force | US Air Force<br>Lackland AFB<br>San Antonio, TX | Trainee | 1967 |
| | US Air Force<br>Sheppard AFB<br>Wichita Falls, TX | Aircraft Mechanic (trainee) | 1967 (3 ½ months) |
| | US Air Force<br>Clark AFB<br>Manila, Philippines | | 7/1967-12/1968 |
| | US Air Force<br>Dyess AFB<br>Abilene, TX | Aircraft Mechanic | 1/1969-12/1969 |
| | US Air Force<br>Clark AFB<br>Manila, Philippines | | 1/1970-12/1970 |
| | US Air Force<br>Travis AFB<br>Fairfield, CA | | 1/1971-3/1974 |

Job Duties: Plaintiff underwent basic training at Lackland Air Force Base.

While at Sheppard Air Force Base, plaintiff trained as an aircraft maintenance specialist. Plaintiff attended aircraft maintenance tech school where he learned how to work on airplanes. Plaintiff inspected and repaired engines. Plaintiff rebuilt engine parts and removed and replaced aircraft brakes. Plaintiff inspected brake assemblies. Plaintiff removed and re-installed asbestos engine cowlings. Plaintiff recalls that the engine were often damaged. Plaintiff recalls that there were firewalls on the engine cowlings. Plaintiff removed and replaced FLEXITALLIC gaskets on starters. Plaintiff performed pre and post-flight inspections, maintenance repair, removal and installation of aircraft components, including, valves and pumps. Plaintiff performed repairs on the following aircraft: LOCKHEED C-130 (ALLISON engines), NORTHROP GRUMMAN CORPORATION T-38 (GENERAL ELECTRIC engines). Plaintiff performed work on the pneudraulic systems, the hydraulic system and the electrical systems. Plaintiff worked in close proximity to mechanics who were performing brake repairs.

While at Clark Air Force Base, plaintiff performed the same or similar duties as at Sheppard Air Force Base. Plaintiff performed repairs on the following aircraft: MCDONNELL DOUGLAS CORPORATION C-133 (PRATT & WHITNEY engines), LOCKHEED C-141 (PRATT & WHITNEY engines), LOCKHEED C-5 (GENERAL ELECTRIC engines and ROLLS ROYCE engines).  Plaintiff worked in close proximity to mechanics who were performing brake repairs.

While at Dyess Air Force Base, plaintiff performed the same or similar duties as at Sheppard Air Force Base. Plaintiff performed work on non-power airspace ground equipment. Plaintiff performed overhaul and repairs on jacks, jack stands, cylinders. Plaintiff worked in close proximity to mechanics who were performing brake repairs.

While at Travis Air Force Base, plaintiff performed the same or similar duties as at Sheppard Air Force Base. Plaintiff performed repairs on the following aircraft: MCDONNELL DOUGLAS CORPORATION C-133 (PRATT & WHITNEY engines), LOCKHEED C-141 (PRATT & WHITNEY engines), LOCKHEED C-5 (GENERAL ELECTRIC engines and ROLLS ROYCE engines). Plaintiff recalls installing padding that he believes had asbestos insulation in it. Plaintiff worked in close proximity to mechanics who were performing brake repairs. Plaintiff currently contends that he was exposed to asbestos during this employment.

| Employer | Location of Exposure | Job Title | Exposure Dates |
|---|---|---|---|
| US Department of Defense | Mare Island Naval Shipyard Vallejo, CA | Marine Machinist (Helper) | 4/1974-1975 |
| | | Marine Machinist (Limited) | 1975-1978 |
| | | Marine Machinist (Journeyman) | 1978-1982 |

|  |  |  |
|---|---|---|
|  | Marine Machinist (Foreman) | 1982-1988 |
|  | Marine Machinist (General Foreman) | 1988-1995 |

ABRAHAM LINCOLN (SSBN-602)

ALEXANDER HAMILTON (SSBN-617)

ANDREW JACKSON (SSBN-619)

ASPRO (SSN-648)

BARB (SSN-596)

BARBEL (SS-580)

BATON ROUGE (SSN-689)

BENJAMIN FRANKLIN (SSBN-640)

BERGALL (SSN-667)

BLUEBACK (SS-581)

CARL VINSON (CVN-70)

CAVALLA (SSN-684)

DACE (SSN-607)

DANIEL BOONE (SSBN-629)

DRUM (SSN-677)

ENTERPRISE (CVAN-65)

ETHAN ALLEN (SSBN-608)

FINBACK (SSN-670)

FLASHER (SSN-670)

GEORGE WASHINGTON (SSBN-598)

GRAYLING (SSN-646)

GUARDFISH (SSN-612)

GUITARRO (SSN-665)

GURNARD (SSN-662)

HADDO (SSN-604)

HADDOCK (SSN-621)

HALIBUT (SSGN-587)

HAMMERHEAD (SSN-663)

HAWKBILL (SSN-666)

HOUSTON (SSN-713)

JAMES MADISON (SSBN-627)

JAMES MONROE (SSBN-622)

JOHN C. CALHOUN (SSBN-630)

JOHN MARSHALL (SSBN-611)

KAMEHAMEHA (SSBN-642)

| | |
|---|---|
| LA JOLLA (SSN-701) | |
| LAFAYETTE (SSBN-616) | |
| LAPON (SSN-661) | |
| LOS ANGELES (SSN-688) | |
| MARIANO G. VALLEJO (SSBN-658) | |
| NAUTILUS (SSN-571) | |
| PARCHE (SSN-683) | |
| PATRICK HENRY (SSBN-599) | |
| PERMIT (SSN-594) | |
| PIGEON (ASR-21) | |
| PINTADO (SSN-672) | |
| PLUNGER (SSN-595) | |
| POGY (SSN-647) | |
| POLLACK (SSN-603) | |
| PUFFER (SSN-652) | |
| RICHARD B RUSSELL (SSN-687) | |
| ROBERT E LEE (SSBN-601) | 1974-1991 |
| SAILFISH (SSN-572) | |
| SALMON (SS-573) | |
| SALT LAKE CITY (SSN-716) | 1984-1995 |

| | |
|---|---|
| SAM HOUSTON (SSBN-609) | 1974-1991 |
| SARGO (SSN-583) | |
| SCAMP (SSN-588) | |
| SCULPIN (SSN-590) | |
| SEA DEVIL (SSN-664) | |
| SEAWOLF (SSN-575) | |
| SHARK (SSN-591) | |
| SKATE (SSN-578) | |
| SKIPJACK (SSN-585) | |
| SNOOK (SSN-592) | |
| STONEWALL JACKSON (SSBN-634) | |
| STURGEON (SSN-637) | |
| SWORDFISH (SSN-579) | |
| TAUTOG (SSN-639) | |
| TECUMSEH (SSBN-628) | |
| THEODORE ROOSEVELT (SSBN-600) | |
| THOMAS A. EDISON (SSBN-610) | |
| THOMAS JEFFERSON (SSBN-618) | |
| TREPANG (SSN-674) | |
| ULYSSES S. GRANT (SSBN-631) | |

<u>WAHOO</u> (SS-565)

<u>WILLIAM H. BATES</u>
(SSN-680)

<u>WOODROW WILSON</u>
(SSBN-624)

Job Duties: While working as a machinist mate helper, plaintiff cleaned work areas.  Plaintiff removed and replaced gaskets.  Plaintiff cut gaskets to size.  Plaintiff cleaned valves, pumps, and blowers.  Plaintiff disassembled, removed, repaired, and replaced valves.  Plaintiff recalls FLEXITALLIC gaskets on valves.  Plaintiff used a wire brush to remove old gaskets.  Plaintiff removed and replaced packing on valves and pumps.  Plaintiff installed gaskets on flanges.  Plaintiff cut gaskets and punched holes in gaskets to fit the flanges.  Plaintiff recalls FLEXITALLIC and GARLOCK SEALING TECHNOLOGIES, LLC gaskets.  Plaintiff sanded and cleaned flanges.  Plaintiff removed and replaced gaskets on steam traps.  Plaintiff worked in close proximity to the following trades: insulators, pipefitters, welders, shipfitters, and laborers.  Plaintiff recalls the following supervisor: Carl Driver, address unknown.  Plaintiff recalls the following co-workers: Johnny Bennett, Vallejo, California; David Collins, Vacaville, California; James Holston, address unknown.

While working as a machinist mate limited, plaintiff prepared pipes and valves for cut-outs.  Plaintiff performed pipe cut-outs.  Plaintiff removed and replaced valve and pump packing.  Plaintiff repaired valves and motors.  Plaintiff removed and replaced gaskets.  Plaintiff cut gaskets to size.  Plaintiff recalls FLEXITALLIC and GARLOCK SEALING TECHNOLOGIES, LLC gaskets.  Plaintiff assembled flanges.  Plaintiff prepped pipes.  Plaintiff removed and replaced gaskets on steam traps.  Plaintiff worked in close proximity to the following trades: insulators, pipefitters, welders, shipfitters, and laborers.  Plaintiff recalls the following supervisors: Wayne Dynells, address unknown; George Harvath, Napa, California; David Rimble, Vallejo, California.  Plaintiff recalls the following co-workers: Johnny Bennett, Vallejo, California; David Collins, Vacaville, California;  James Holston, Bangor, Wisconsin; Michael Shoemaker, Vacaville, California; Jim Goins, Vacaville, California.

While working as a machinist mate journeyman, plaintiff removed and replaced main coolant pumps.  Plaintiff cut-out pipes and valves.  Plaintiff removed lagging residue from piping.  Plaintiff cut out pipes in reactor compartments.  Plaintiff cut and ground pipes and flanges.  Plaintiff removed and replaced valve and pump packing.  Plaintiff performed work on portable machines on board ships.  Plaintiff machined lagging paste off of machinery.  Plaintiff removed and replaced gaskets on steam traps. Plaintiff worked in close proximity to the following trades: insulators, pipefitters, welders, shipfitters, and laborers.  Plaintiff recalls the following supervisor: Roger Emberly, Napa, California.  Plaintiff recalls the following co-workers: John Mortenson, Vacaville, California; James Goins, Vacaville, California.

While working as a machinist mate foreman, plaintiff supervised and trained employees.  Plaintiff trained employees on valve assembly, valve cut-out, unpacking and repacking of valve and pump packing, removing, replacing and cutting of gaskets to size.  Plaintiff recalls

FLEXITALLIC and GARLOCK SEALING TECHNOLOGIES, LLC gaskets.  Plaintiff performed repair work on submarines and aircraft carriers.  Plaintiff removed and replaced gaskets on steam traps.  Plaintiff worked in close proximity to the following trades: insulators, pipefitters, welders, shipfitters, and laborers.  Plaintiff recalls the following supervisors: Eugene Fridolfs, Napa, California; Ralph McComb, Napa, California.  Plaintiff recalls the following co-workers: John Mortenson, Vacaville, California; James Goins, Vacaville, California; Fred Alexander, c/o Brayton❖Purcell.

While working as a marine machinist general foreman, plaintiff supervised other marine machinists.

Plaintiff currently contends that he was exposed to asbestos during this employment.

| Employer | Location of Exposure | Job Title | Exposure Dates |
|---|---|---|---|
| US Department of Defense | Naval Air Station Alameda, CA | Marine Machinist (Foreman) | approx 1984, 1985, or 1986 (approx 3 months) |
| | USS ENTERPRISE (CVN-65) | | |

Job Duties: Plaintiff recalls that the employees at Triple A went on strike and plaintiff and his crew were brought in to finish the repair work.  Plaintiff performed the same or similar duties as at Mare Island.  Plaintiff worked in close proximity to the following trades: insulators, pipefitters, welders, shipfitters, and laborers.  Plaintiff recalls the following supervisor: Ralph McComb, Napa, California.  Plaintiff currently contends that he was exposed to asbestos during this employment.