ALAN R. BRAYTON, ESQ., S.B. #73685
DAVID R. DONADIO, ESQ., S.B. #154436
BRAYTON❖PURCELL LLP
Attorneys at Law
222 Rush Landing Road
P.O. Box 6169
Novato, California 94948-6169
(415) 898-1555
(415) 898-1247 (Fax No.)

Attorneys for Plaintiffs

# THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| ALVIN COOKS, <br><br>　　　　Plaintiff, <br><br>vs. <br><br>GENERAL ELECTRIC COMPANY, LOCKHEED MARTIN CORPORATION, AND MCDONNELL DOUGLAS CORPORATION <br><br>　　　　Defendants. | No. C07-5451-EMC <br><br> CERTIFICATION OF INTERESTED ENTITIES OR PERSONS |

　　　　Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding: Spouse Vicki Cooks, and children Jermaine Cooks, Brian Cooks, and Michael Cooks.

Dated: October 22, 2007　　　　　　　　　　BRAYTON❖PURCELL LLP

　　　　　　　　　　　　　　　　　　　　　　s/ David R. Donadio

　　　　　　　　　　　　　　　　　　By:　_____
　　　　　　　　　　　　　　　　　　　　　David R. Donadio
　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiffs