1  **BRYAN CAVE LLP**
   Robert E. Boone III, California Bar No. 132780
2  Tyler R. Johnson, California Bar No. 246235
   120 Broadway, Suite 300
3  Santa Monica, California  90401-2386
   Telephone:   (310) 576-2100
4  Facsimile:   (310) 576-2200
   E-Mail:      reboone@bryancave.com
5               tyler.johnson@bryancave.com

6  Attorneys for Defendant
7  McDONNELL DOUGLAS CORPORATION

8              UNITED STATES DISTRICT COURT
9          FOR THE NORTHERN DISTRICT OF CALIFORNIA
10                 SAN FRANCISCO DIVISION

11 | ALVIN COOKS,                              | Case No. C 07 5451 EMC
12 |     Plaintiff,                            | [Assigned to the Hon. Edward M. Chen]
13 | vs.                                       | **MCDONNELL DOUGLAS CORPORATION'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**
14 | GENERAL ELECTRIC COMPANY, LOCKHEED MARTIN |
15 | CORPORATION, AND MCDONNELL DOUGLAS CORPORATION, |
16 |                                           | **[Local Rule 3-16]**
17 |     Defendants.                           |

18

19 TO THE CLERK OF THE ABOVE-ENTITLED COURT, AND TO ALL

20 PARTIES AND THEIR ATTORNEYS FO RECORD:

21      Pursuant to Civil Local Rule 3-16, the undersigned certifies that the following

22 listed persons, associations of persons, firms, partnerships, corporations (including

23 parent corporations) or other entities (i) have a financial interest in the subject matter in

24 controversy or in a party to the proceeding, or (ii) have a non-financial interest in that

25 subject matter or in a party that could be substantially affected by the outcome of this

26 proceeding:

27      The Boeing Company – parent corporation of defendant McDonnell Douglas

28 Corporation.

1   This disclosure is made so that the Court may evaluate any need for
2   disqualification or recusal.
3
4   Dated: November 13, 2007              **BRYAN CAVE LLP**
                                          ROBERT E. BOONE III
5                                         TYLER R. JOHNSON
6
7                                         By:    /s/ Tyler R. Johnson
                                                 Tyler R. Johnson
8                                         Attorneys for Defendant
                                          McDONNELL DOUGLAS CORPORATION
9

Bryan Cave LLP
120 Broadway, Suite 300
Santa Monica, California 90401-2386

SM01DOCS\658283.1               2

MDC'S CERTIFICATION OF INTERESTED PARTIES

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is Bryan Cave LLP, 120 Broadway, Suite 300, Santa Monica, CA 90401.

On November 13, 2007, I served the foregoing document, described as **MCDONNELL DOUGLAS CORPORATION'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS [Local Rule 3-16],** on each interested party in this action, as follows:

Alan R. Brayton
Brayton & Purcell LLP
222 Rush Landing Road
P.O. Box 6169
Novato, CA 94948-6169
Tel:   415–898–1555; Fax:  415–898–1247

☒   (BY MAIL) I placed a true copy (or original) of the foregoing document in a sealed envelope addressed to each interested party as set forth above. I placed each such envelope, with postage thereon fully prepaid, for collection and mailing at Bryan Cave LLP, Santa Monica, California. I am readily familiar with Bryan Cave LLP's practice for collection and processing of correspondence for mailing with the United States Postal Service. Under that practice, the correspondence would be deposited in the United States Postal Service on that same day in the ordinary course of business.

☐   (BY FAX) I caused a true copy of the foregoing document to be served by facsimile transmission at the time shown on each attached transmission report from sending facsimile machine telephone number (310) 576-2200 to each interested party at the facsimile number shown above. Each transmission was reported as complete and without error. A transmission report was properly issued by the sending facsimile machine for each interested party served. A true copy of each such transmission report is attached hereto.

Executed on November 13, 2007, at Santa Monica, California.

☒   (FEDERAL ONLY) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

   /s/   Diane Kinder
Diane Kinder

SM01DOCS\658283.1

3

MDC'S CERTIFICATION OF INTERESTED PARTIES