1  **BRYAN CAVE LLP**
    Robert E. Boone III, California Bar No. 132780
2  Tyler R. Johnson, California Bar No. 246235
    120 Broadway, Suite 300
3  Santa Monica, California  90401-2386
    Telephone:   (310) 576-2100
4  Facsimile:    (310) 576-2200
    E-Mail:        reboone@bryancave.com
5                      tyler.johnson@bryancave.com

6  Attorneys for Defendant
7  McDONNELL DOUGLAS CORPORATION

8              UNITED STATES DISTRICT COURT

9         FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                 SAN FRANCISCO DIVISION

| | |
|---|---|
| 11  ALVIN COOKS, | Case No. C 07 5451 EMC |
| 12      Plaintiff, | [Assigned to the Hon. Edward M. Chen] |
| 13      vs. | **MCDONNELL DOUGLAS CORPORATION'S NOTICE OF TAG ALONG ACTION** |
| 14  GENERAL ELECTRIC COMPANY, LOCKHEED MARTIN CORPORATION, AND MCDONNELL DOUGLAS CORPORATION, | |
| 15 | |
| 16 | |
| 17      Defendants. | |

18  TO THE CLERK OF THE ABOVE-ENTITLED COURT, AND TO ALL

19  PARTIES AND THEIR ATTORNEYS OF RECORD:

20      PLEASE TAKE NOTICE that on July 29, 1991 the Judicial Panel on Multi-

21  District Litigation entered an order transferring all asbestos personal injury cases

22  pending in Federal Court to the United State District Court, Eastern District of

23  Pennsylvania, for coordinated pretrial proceedings pursuant to 28 U.S.C. 1407 ("MDL

24  Transfer Order").  That Order also applies to "tag-along actions," or actions involving

25  common questions of fact filed after the January 17, 1991 filing of the Panel's Order to

26  Show Cause.

27      MDL Rule 7.5(e) provides:

28      Any party or counsel in actions previously transferred under section 1407 or

1  under consideration by the Panel for transfer under section 1407 shall notify the
2  Clerk of the Panel of any potential "tag-along actions" in which that party is also
3  named or in which that counsel appears.
4      Defendant McDonnell Douglas Corporation hereby notifies the Court that this
5  case is a potential "tag-along action" which may be subject to the transfer to the
6  Eastern District of Pennsylvania. The Clerk of the Panel may either (1) enter a
7  conditional transfer order pursuant to MDL Rule 7.4(a), or (2) file an order to show
8  cause why the action should not be transferred, pursuant to MDL Rule 7.5(b).

10  Dated: November 13, 2007      **BRYAN CAVE LLP**
           ROBERT E. BOONE III
           TYLER R. JOHNSON

           By:     /s/ Tyler R. Johnson
                   Tyler R. Johnson
           Attorneys for Defendant
           McDONNELL DOUGLAS CORPORATION

Bryan Cave LLP
120 Broadway, Suite 300
Santa Monica, California 90401-2386

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is Bryan Cave LLP, 120 Broadway, Suite 300, Santa Monica, CA 90401.

On November 13, 2007, I served the foregoing document, described as **MCDONNELL DOUGLAS CORPORATION'S NOTICE OF TAG ALONG ACTION**, on each interested party in this action, as follows:

Alan R. Brayton
Brayton & Purcell LLP
222 Rush Landing Road
P.O. Box 6169
Novato, CA 94948-6169
Tel: 415–898–1555; Fax: 415–898–1247

☒ (BY MAIL) I placed a true copy (or original) of the foregoing document in a sealed envelope addressed to each interested party as set forth above. I placed each such envelope, with postage thereon fully prepaid, for collection and mailing at Bryan Cave LLP, Santa Monica, California. I am readily familiar with Bryan Cave LLP's practice for collection and processing of correspondence for mailing with the United States Postal Service. Under that practice, the correspondence would be deposited in the United States Postal Service on that same day in the ordinary course of business.

☐ (BY FAX) I caused a true copy of the foregoing document to be served by facsimile transmission at the time shown on each attached transmission report from sending facsimile machine telephone number (310) 576-2200 to each interested party at the facsimile number shown above. Each transmission was reported as complete and without error. A transmission report was properly issued by the sending facsimile machine for each interested party served. A true copy of each such transmission report is attached hereto.

Executed on November 13, 2007, at Santa Monica, California.

☒ (FEDERAL ONLY) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

                                          /s/ Diane Kinder
                                          Diane Kinder