GUY P. GLAZIER, SBN 162628
LAURA PATRICIA YEE, SBN 163944
BRIAN T. CLARK, SBN 184003
KNOTT & GLAZIER LLP
201 Spear Street, Suite 1520
San Francisco, California 94105
Telephone: (415) 356-1100
Facsimile: (415) 356-1105
Email:    clark@knottglazier.com

Attorneys for Defendant
LOCKHEED MARTIN
CORPORATION

THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALVIN COOKS,<br><br>Plaintiff,<br><br>vs.<br><br>GENERAL ELECTRIC COMPANY, LOCKHEED MARTIN CORPORATION, AND MCDONNELL DOUGLAS CORPORATION<br><br>Defendants. | CASE NO.  C 07 5451 EMC<br><br>**DEFENDANT LOCKHEED MARTIN CORPORATION'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: November 26, 2007            KNOTT & GLAZIER LLP


                                    By: *Brian T. Clark*

                                    Attorneys for Defendant
                                    LOCKHEED MARTIN CORPORATION