GUY P. GLAZIER, SBN 162628
LAURA PATRICIA YEE, SBN 163944
BRIAN T. CLARK, SBN 184003
KNOTT & GLAZIER LLP
201 Spear Street, Suite 1520
San Francisco, California 94105
Telephone: (415) 356-1100
Facsimile: (415) 356-1105
Email:    clark@knottglazier.com

Attorneys for Defendant
LOCKHEED MARTIN
CORPORATION

THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALVIN COOKS, | CASE NO.  C 07 5451 EMC |
| Plaintiff, | **DEFENDANT LOCKHEED MARTIN CORPORATION'S DISCLOSURE STATEMENT** |
| vs. | |
| GENERAL ELECTRIC COMPANY, LOCKHEED MARTIN CORPORATION, AND MCDONNELL DOUGLAS CORPORATION | |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 7.1, Lockheed Martin Corporation discloses that it has no parent corporation and no publicly held corporation owns 10% or more if its stock.

Dated: November 26, 2007          KNOTT & GLAZIER LLP


By: *Brian T. Clark*

Attorneys for Defendant
LOCKHEED MARTIN CORPORATION