ALAN R. BRAYTON, ESQ., S.B. #73685
DAVID R. DONADIO, ESQ., S.B. #154436
BRAYTON❖PURCELL LLP
Attorneys at Law
222 Rush Landing Road
P.O. Box 6169
Novato, California 94948-6169
(415) 898-1555
(415) 898-1247 (Fax No.)

Attorneys for Plaintiff

**THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ALVIN COOKS, </br></br>　　　　Plaintiff, </br></br>vs. </br></br>GENERAL ELECTRIC COMPANY, LOCKHEED MARTIN CORPORATION, AND MCDONNELL DOUGLAS CORPORATION </br></br>　　　　Defendants. | No. C07-5451-EMC </br></br> JOINT MOTION AND STIPULATION TO STAY PROCEEDING OR, IN THE ALTERNATIVE, TO CONTINUE CASE MANAGEMENT DEADLINE AND CONFERENCE, AND TO EXTEND TIME; [PROPOSED] ORDER TO STAY; [PROPOSED ALTERNATIVE] ORDER TO CONTINUE |

Pursuant to Civil L. R. 7-11 and 7-12, the following parties hereby stipulate to, and respectfully move the Court for, an Order extending time as set forth in the *Case Management Scheduling Order* filed October 25, 2007, for the following good cause:

On November 14, 2007, Defendant MCDONNELL DOUGLAS CORPORATION filed Document 6, a Notice to Tag Along Action regarding the pending Multidistrict Litigation ("MDL") in the Eastern District of Pennsylvania, seeking among other things, to move Jurisdiction of this matter to that District. On November 20, 2007, Defendant GENERAL ELECTRIC COMPANY filed Document 10, filed their own Notice to Tag Along Action seeking to move Jurisdiction of this matter to the MDL Court. (Defendant GENERAL ELECTRIC COMPANY has faxed counsel copy of a cover letter showing that this notice was mailed to the

1  Judicial Panel on Multidistrict Litigation ("JPML") pursuant to 28 U.S.C. § 1407, said notice to
2  the JPML from counsel being necessary to initiate the transfer process.)
3       On July 29, 1991, the JPML entered an order transferring all asbestos personal injury
4  cases pending in the federal courts to the United States District Court for the Eastern District of
5  Pennsylvania, for coordinated pretrial proceedings pursuant to 28 U.S.C. § 1407. That order also
6  applies to "tag-along actions," or actions involving common questions of fact filed after January
7  17, 1991. Such actions are to be transferred to the eastern District of Pennsylvania as part of
8  MDL 875, for coordinated pretrial proceedings.
9       The JPML has held that a district court has the authority to stay pending a transfer order.
10 *In re Asbestos Products Liability Litigation,* 170 F. Supp. 2d 1348, 1349 n.1 (J.P.M.L. 2001)
11 ("[T]hose courts concluding that such issues should be addressed by the transferee judge need
12 not rule on them, and the process of 1407 transfer in MDL-875 can continue without any
13 unnecessary interruption or delay.")
14      The parties agree that it is likely that the JPML will transfer this matter to the Eastern
15 District of Pennsylvania.
16      However, to date, the Clerk of the JPML has not entered a *Conditional Transfer Order*
17 pursuant to JPML Rule 12(a) or filed an order to show cause why the action should not be
18 transferred, pursuant to JPML Rule 13(b).
19      It is likely the dates set forth in the *Case Management Scheduling Order* filed October
20 25, 2007, including the deadlines imposed by Federal Rules of Civil Procedure 26, will come to
21 pass **before** the Clerk of the JPML acts.
22      The parties make this Motion on the grounds that a stay of this action would (a) promote
23 judicial efficiency, (b) allow consistency in pretrial rulings, and (c) be most convenient to the
24 parties.
25      Due to the pending action by the Clerk of the JPML, the parties hereby STIPULATE to
26 and respectfully request the Court VACATE its *Case Management Scheduling Order* filed
27 October 25, 2007, and that the Court issue an Order STAYING this action pending the outcome
28 of the MDL Panel's decision on the merits of the transfer.

1    In the alternative, the parties hereby STIPULATE to and respectfully request that the
2 dates set forth in the *Case Management Scheduling Order* filed October 25, 2007, be vacated
3 and continued pending the outcome of the JPML's decision on the merits of the transfer.
4 Specifically, these deadlines in this matter include the **January 9, 2008** Rule 26 deadline to meet
5 and confer, and file Joint ADR Certification, the **January 23, 2008** Deadline to complete Initial
6 Disclosures, the **January 23, 2008** deadline to file the Joint Case Management Statement and
7 the Case Management Conference currently set for **January 30, 2008**

8  Dated: December 4, 2007                          BRAYTON❖PURCELL LLP

9                                                  /s/ David R. Donadio

10
                                                   By: _____
11                                                      David R. Donadio
                                                        Attorneys for Plaintiffs
12
   Dated: December 4, 2007                         SEDGWICK, DETERT, MORAN &
13                                                 ARNOLD, LLP

14                                                 /s/ Derek S. Johnson

15                                                 By: _____
                                                        Derek S. Johnson
16                                                      Attorneys for Defendant
                                                        GENERAL ELECTRIC COMPANY
17

18 Dated: December 28, 2007                        KNOTT & GLAZIER LLP

19                                                 /s/ Laura Patricia Yee

20                                                 By: _____
                                                        Laura Patricia Yee
21                                                      Attorneys for Defendant
                                                        LOCKHEED MARTIN CORPORATION
22

23  Dated: December 6, 2007                        BRYAN CAVE LLP

24                                                 /s/ Tyler Johnson

25                                                 By: _____
                                                        Tyler Johnson
26                                                      Attorneys for Defendant MCDONNELL
                                                        DOUGLAS CORPORATION
27
   ////
28

K:\Injured\106019\Fed\Stip stay or cont (Cooks).wpd    3
JOINT MOTION AND STIPULATION TO STAY PROCEEDING OR, IN THE ALTERNATIVE, TO CONTINUE CASE MANAGEMENT
DEADLINES – No. C07-5451-EMC

1                         [PROPOSED]    **ORDER TO STAY**

2        IT IS HEREBY ORDERED that the hearing date and deadlines specified in the *Case*

3 *Management Scheduling Order* filed October 25, 2007, are hereby VACATED and that this

4 action is STAYED pending the outcome of the JPML's decision on the merits of the transfer.

5

6 Dated: _____

7                                                          _____ .
                                                         Edward M. Chen
8                                                          United States Magistrate Judge

9

10 [PROPOSED *ALTERNATIVE*]    **ORDER TO CONTINUE**

11        IT IS HEREBY ORDERED that the hearing date and deadlines specified in the *Case*

12 *Management Scheduling Order* filed October 25, 2007, are hereby VACATED.    IT IS

13 FURTHER ORDERED that the following case management deadlines are continued as follows:

14        1.    Last day to meet and confer re initial disclosures, early settlement, ADR process

15 selection, and discovery plan is [set for a date after April 1, 2008 to wit:]    _____,

16 2008;

17        2.    Last day to file Joint ADR Certification with Stipulation to ADR process or

18 Notice of Need for ADR Phone Conference is  [set for a date after April 1, 2008 to wit:]

19 _____, 2008;

20        3.    Last day to complete initial disclosures or state objection to Rule 26(f) Report,

21 file/serve Case Management Statement and file/serve Rule 26(f) Report is  [set for a date after

22 April 1, 2008 to wit:]    _____, 2008; and,

23        4.    The Case Management Conference is  [set for a date after April 1, 2008 to wit:]

24 _____, 2008; at 1:30 p.m., Courtroom "C", 15th Floor, 450 Golden Gate Avenue,

25 San Francisco, California.

26 Dated: _____

27                                                          _____ .
                                                         Edward M. Chen
28                                                          United States Magistrate Judge

K:\Injured\106019\Fed\Stip stay or cont (Cooks).wpd      4

JOINT MOTION AND STIPULATION TO STAY PROCEEDING OR, IN THE ALTERNATIVE, TO CONTINUE CASE MANAGEMENT DEADLINES  – No. C07-5451-EMC