ALAN R. BRAYTON, ESQ., S.B. #73685
DAVID R. DONADIO, ESQ., S.B. #154436
BRAYTON❖PURCELL LLP
Attorneys at Law
222 Rush Landing Road
P.O. Box 6169
Novato, California 94948-6169
(415) 898-1555
(415) 898-1247 (Fax No.)

Attorneys for Plaintiff

**THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ALVIN COOKS, | No. C07-5451-EMC |
| Plaintiff, | |
| vs. | |
| GENERAL ELECTRIC COMPANY, LOCKHEED MARTIN CORPORATION, AND MCDONNELL DOUGLAS CORPORATION | CONSENT TO PROCEED BEFORE THE HONORABLE EDWARD M. CHEN, UNITED STATES MAGISTRATE JUDGE |
| Defendants. | |

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned parties in the above-captioned civil matter hereby voluntarily consents to have the Honorable Edward M. Chen, United States Magistrate Judge, conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.

////

////

////

////

////

////

K:\Injured\106019\Fed\Stip Consent Magistrate (Cooks) - AMENDED.wpd                       1
CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE  – No. C07-5451-EMC

Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: December 18, 2007                              BRAYTON❖PURCELL LLP

/s/ David R. Donadio

By: _____
 David R. Donadio
 Attorneys for Plaintiffs

Dated: December 17, 2007                              SEDGWICK, DETERT, MORAN & ARNOLD, LLP

/s/ Derek S. Johnson

By: _____
 Derek S. Johnson
 Attorneys for Defendant
 GENERAL ELECTRIC COMPANY

Dated: December 28, 2007                              KNOTT & GLAZIER LLP

/s/ Laura Patricia Yee

By: _____
Laura Patricia Yee
Attorneys for Defendant
LOCKHEED MARTIN CORPORATION

Dated: December 16, 2007                              BRYAN CAVE LLP

/s/ Robert E. Boone III

By: _____
Robert E. Boone III
Attorneys for Defendant MCDONNELL DOUGLAS CORPORATION