ALAN R. BRAYTON, ESQ., S.B. #73685
DAVID R. DONADIO, ESQ., S.B. #154436
BRAYTON❖PURCELL LLP
Attorneys at Law
222 Rush Landing Road
P.O. Box 6169
Novato, California 94948-6169
(415) 898-1555
(415) 898-1247 (Fax No.)

Attorneys for Plaintiff

THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| ALVIN COOKS, | ) | No. C07-5451-EMC |
| Plaintiff, | ) | |
| | ) | JOINT MOTION AND STIPULATION TO |
| vs. | ) | STAY PROCEEDING OR, IN THE |
| | ) | ALTERNATIVE, TO CONTINUE CASE |
| GENERAL ELECTRIC COMPANY, | ) | MANAGEMENT DEADLINE AND |
| LOCKHEED MARTIN CORPORATION, | ) | CONFERENCE, AND TO EXTEND TIME; |
| AND MCDONNELL DOUGLAS | ) | [PROPOSED] ORDER TO STAY; |
| CORPORATION | ) | [PROPOSED ALTERNATIVE] ORDER |
| | ) | TO CONTINUE |
| Defendants. | ) | |
| | ) | |

Pursuant to Civil L. R. 7-11 and 7-12, the following parties hereby stipulate to, and

respectfully move the Court for, an Order extending time as set forth in the *Case Management*

*Scheduling Order* filed October 25, 2007, for the following good cause:

On November 14, 2007, Defendant MCDONNELL DOUGLAS CORPORATION filed

Document 6, a Notice to Tag Along Action regarding the pending Multidistrict Litigation

("MDL") in the Eastern District of Pennsylvania, seeking among other things, to move

Jurisdiction of this matter to that District. On November 20, 2007, Defendant GENERAL

ELECTRIC COMPANY filed Document 10, filed their own Notice to Tag Along Action seeking

to move Jurisdiction of this matter to the MDL Court. (Defendant GENERAL ELECTRIC

COMPANY has faxed counsel copy of a cover letter showing that this notice was mailed to the

BRAYTON❖PURCELL LLP
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P O BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555

1   Judicial Panel on Multidistrict Litigation ("JPML") pursuant to 28 U.S.C. § 1407, said notice to

2   the JPML from counsel being necessary to initiate the transfer process.)

3         On July 29, 1991, the JPML entered an order transferring all asbestos personal injury

4   cases pending in the federal courts to the United States District Court for the Eastern District of

5   Pennsylvania, for coordinated pretrial proceedings pursuant to 28 U.S.C. § 1407. That order also

6   applies to "tag-along actions," or actions involving common questions of fact filed after January

7   17, 1991. Such actions are to be transferred to the eastern District of Pennsylvania as part of

8   MDL 875, for coordinated pretrial proceedings.

9         The JPML has held that a district court has the authority to stay pending a transfer order.

10  *In re Asbestos Products Liability Litigation,* 170 F. Supp. 2d 1348, 1349 n.1 (J.P.M.L. 2001)

11  ("[T]hose courts concluding that such issues should be addressed by the transferee judge need

12  not rule on them, and the process of 1407 transfer in MDL-875 can continue without any

13  unnecessary interruption or delay.")

14        The parties agree that it is likely that the JPML  will transfer this matter to the Eastern

15  District of Pennsylvania.

16        However, to date, the Clerk of the JPML has not entered a *Conditional Transfer Order*

17  pursuant to JPML Rule 12(a) or filed an order to show cause why the action should not be

18  transferred, pursuant to JPML Rule 13(b).

19        It is likely the dates set forth in the *Case Management Scheduling Order* filed October

20  25, 2007, including the deadlines imposed by Federal Rules of Civil Procedure 26, will come to

21  pass **before** the Clerk of the JPML acts.

22        The parties make this Motion on the grounds that a stay of this action would (a) promote

23  judicial efficiency, (b) allow consistency in pretrial rulings, and (c) be most convenient to the

24  parties.

25        Due to the pending action by the Clerk of the JPML, the parties hereby STIPULATE to

26  and respectfully request the Court VACATE its  *Case Management Scheduling Order* filed

27  October 25, 2007,  and that the Court issue an Order STAYING this action pending the outcome

28  of the MDL Panel's decision on the merits of the transfer.

K:\Injured\106019\Fed\Stip stay or cont (Cooks).wpd                                    2

JOINT MOTION AND STIPULATION TO STAY PROCEEDING OR, IN THE ALTERNATIVE, TO CONTINUE CASE MANAGEMENT
DEADLINES  – No. C07-5451-EMC

1        In the alternative, the parties hereby STIPULATE to and respectfully request that the

2    dates set forth in the *Case Management Scheduling Order* filed October 25, 2007, be vacated

3    and continued pending the outcome of the JPML's decision on the merits of the transfer.

4    Specifically, these deadlines in this matter include the **January 9, 2008** Rule 26 deadline to meet

5    and confer, and file Joint ADR Certification, the **January 23, 2008** Deadline to complete Initial

6    Disclosures,  the **January 23, 2008** deadline to file the Joint Case Management Statement and

7    the Case Management Conference currently set for **January 30, 2008**

8    Dated: December 4, 2007                BRAYTON❖PURCELL LLP

9                                    /s/  David R. Donadio

10

11                            By: _____
                           David R. Donadio
                           Attorneys for Plaintiffs

12

13    Dated: December 4, 2007                SEDGWICK, DETERT, MORAN &
                           ARNOLD, LLP

14                                      /s/  Derek S. Johnson

15                            By: _____
                           Derek S. Johnson

16                                 Attorneys for Defendant
                           GENERAL ELECTRIC COMPANY

17

18    Dated: December 28, 2007             KNOTT & GLAZIER LLP

19                                    /s/  Laura Patricia Yee

20                            By: _____
                           Laura Patricia Yee

21                                 Attorneys for Defendant
                           LOCKHEED MARTIN CORPORATION

22

23    Dated: December 6, 2007                 BRYAN CAVE LLP

24                                    /s/  Tyler Johnson

25                            By: _____
                           Tyler Johnson

26                                 Attorneys for Defendant MCDONNELL
                           DOUGLAS CORPORATION

27    ////

28

JOINT MOTION AND STIPULATION TO STAY PROCEEDING OR, IN THE ALTERNATIVE, TO CONTINUE CASE MANAGEMENT
DEADLINES  – No. C07-5451-EMC

1    [PROPOSED]   **ORDER TO STAY**

2    IT IS HEREBY ORDERED that the hearing date and deadlines specified in the *Case*

3    *Management Scheduling Order* filed October 25, 2007,  are hereby VACATED and that this

4    action is STAYED pending the outcome of the JPML's decision on the merits of the transfer.

5    Case Management Conference to be held on April 30, 2008 at 1:30 p.m.  A joint CMC
     Statement shall be filed by April 23, 2008.

6    Dated: __December 21, 2007_____

7    _____ .

8    Edwa                                    Judge
     United                                  Judge

9

_IT IS SO ORDERED AS MODIFIED_
_Judge Edward M. Chen_

10   [PROPOSED *ALTERNATIVE*]   **ORDER TO CONTINUE**

11   IT IS HEREBY ORDERED that the hearing date and deadlines specified in the *Case*

12   *Management Scheduling Order* filed October 25, 2007, are hereby VACATED.    IT IS

13   FURTHER ORDERED that the following case management deadlines are continued as follows:

14   1.    Last day to meet and confer re initial disclosures, early settlement, ADR process

15   selection, and discovery plan is [set for a date after April 1, 2008 to wit:]  _____,

16   2008;

17   2.    Last day to file Joint ADR Certification with Stipulation to ADR process or

18   Notice of Need for ADR Phone Conference is  [set for a date after April 1, 2008 to wit:]

19   _____, 2008;

20   3.    Last day to complete initial disclosures or state objection to Rule 26(f) Report,

21   file/serve Case Management Statement and file/serve Rule 26(f) Report is  [set for a date after

22   April 1, 2008 to wit:]  _____, 2008; and,

23   4.    The Case Management Conference is  [set for a date after April 1, 2008 to wit:]

24   _____, 2008; at 1:30 p.m., Courtroom "C", 15th  Floor, 450 Golden Gate Avenue,

25   San Francisco, California.

26   Dated: _____

27   _____ .

28   Edward M. Chen
     United States Magistrate Judge

JOINT MOTION AND STIPULATION TO STAY PROCEEDING OR, IN THE ALTERNATIVE, TO CONTINUE CASE MANAGEMENT
DEADLINES  – No. C07-5451-EMC