1  KNOTT & GLAZIER LLP
   GUY P. GLAZIER, SBN 162628
2  LAURA PATRICIA YEE, SBN 163944
   BRIAN T. CLARK, SBN 184003
3  201 Spear Street, Suite 1520
   San Francisco, California 94105
4  Telephone: (415) 356-1100
   Facsimile:  (415) 356-1105
5  Email: clark@knottglazier.com

6  Attorneys for Defendant
   LOCKHEED MARTIN CORPORATION
7

8              THE UNITED STATES DISTRICT COURT

9           FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                  SAN FRANCISCO DIVISION

11 | ALVIN COOKS, | CASE NO. C 07 5451 EMC |
|---|---|
12 | Plaintiff, | **NOTICE OF ADDITIONAL COUNSEL FOR DEFENDANT LOCKHEED MARTIN CORPORATION** |
13 | vs. | |
14 | GENERAL ELECTRIC COMPANY, LOCKHEED MARTIN CORPORATION, AND MCDONNELL DOUGLAS CORPORATION | |
   | Defendants. | |

1 | TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

2 |     Please take notice that Brian T. Clark of Knott & Glazier LLP is an additional

3 | counsel of record for Lockheed Martin Corporation in the above-entitled action.

4 | Dated: January 4, 2008                                KNOTT & GLAZIER LLP

6 |                                               By: /s/ *Brian T. Clark*

7 |                                               Brian T. Clark, SBN 184003
Attorneys for Defendant
LOCKHEED MARTIN CORPORATION