ALAN R. BRAYTON, ESQ., S.B. #73685
DAVID R. DONADIO, ESQ., S.B. #154436
BRAYTON❖PURCELL LLP
Attorneys at Law
222 Rush Landing Road
P.O. Box 6169
Novato, California 94948-6169
(415) 898-1555
(415) 898-1247 (Fax No.)

Attorneys for Plaintiff

# THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| ALVIN COOKS, | No. C07-5451-EMC |
| Plaintiff, | MDL #875 |
| vs. | |
| GENERAL ELECTRIC COMPANY, LOCKHEED MARTIN CORPORATION, AND MCDONNELL DOUGLAS CORPORATION | STATUS REPORT |
| Defendants. | |

Plaintiff respectfully reports to the Court that this action is now under the jurisdiction Honorable James T. Giles, United States District Judge, United States District Court for the Eastern District of Pennsylvania. This action was transfered to said court by the Order of the Judicial Panel on Multidistrict Litigation (CTO-296) for all pre-trial matters. Attached hereto is a true and accurate copy of the transfer order from the docket of Judge Giles' court. As such, this matter is now before Judge Giles.

Dated: February 21, 2008                           BRAYTON❖PURCELL LLP

/s/ David R. Donadio

By: _____
   David R. Donadio
   Attorneys for Plaintiffs

K:\Injured\106019\Fed\Status Report (Cooks).wpd

STATUS REPORT – No. C07-5451-EMC     1

BRAYTON❖PURCELL LLP
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P O BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555