A CERTIFIED TRUE COPY

ATTEST

FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV 27 2007

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)

MDL No. 875

(SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO-296)

On July 29, 1991, the Panel transferred 21,937 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See 771 F.Supp. 415 (J.P.M.L. 1991). Since that time, 82,584 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable James T. Giles.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Giles.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of July 29, 1991, and, with the consent of that court, assigned to the Honorable James T. Giles.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

DEC 17

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Case 3:07-cv-05451-EMC   Document 18-2   Filed 02/21/2008   Page 2 of 3
Case 2:01-md-00875-JG   Document 4986   Filed 12/17/2007   Page 2 of 3

Page 1 of 2

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)                                                          MDL No. 875

SCHEDULE CTO-296 - TAG-ALONG ACTIONS

**DIST. DIV. C.A. #**           **CASE CAPTION**

CALIFORNIA NORTHERN
CAN 3 07-5451           Alvin Cooks v. General Electric Co., et al.

MINNESOTA
MN 0 07-4470           Edward C. Baker v. Garlock Sealing Technologies, LLC, et al.
MN 0 07-4471           Victor G. Barta, Jr. v. Garlock Sealing Technologies, LLC, et al.
MN 0 07-4472           Charles R. Bibeau v. Garlock Sealing Technologies, LLC, et al.
MN 0 07-4473           Peter B. Boorman v. Garlock Sealing Technologies, LLC, et al.
MN 0 07-4474           Theodore F. Burton v. Garlock Sealing Technologies, LLC, et al.
MN 0 07-4475           Olaf D. Clemson v. Garlock Sealing Technologies, LLC, et al.
MN 0 07-4481           Merle L. Gibson v. Garlock Sealing Technologies, LLC, et al.
MN 0 07-4482           Frank M. Gruden v. Garlock Sealing Technologies, LLC, et al.
MN 0 07-4484           Roger P. Holmstrom v. Garlock Sealing Technologies, LLC, et al.
MN 0 07-4487           Mark T. Jacobs v. Garlock Sealing Technologies, LLC, et al.
MN 0 07-4488           Alden H. Judnitsch v. Garlock Sealing Technologies, LLC, et al.
MN 0 07-4489           Raymond Kiefat v. Garlock Sealing Technologies, LLC, et al.
MN 0 07-4490           Leo L. Kusi v. Garlock Sealing Technologies, LLC, et al.
MN 0 07-4491           Vern L. Larson v. Garlock Sealing Technologies, LLC, et al.
MN 0 07-4492           Milton M. Lerfald v. Garlock Sealing Technologies, LLC, et al.
MN 0 07-4493           Garald C. Lesnau v. Garlock Sealing Technologies, LLC, et al.
MN 0 07-4498           Arnold M. Rudolph v. Garlock Sealing Technologies, LLC, et al.
MN 0 07-4500           Thomas P. Savage v. Garlock Sealing Technologies, LLC, et al.
MN 0 07-4502           Virginia Sweney, etc. v. Garlock Sealing Technologies, LLC, et al.
MN 0 07-4504           David L. Uren v. Garlock Sealing Technologies, LLC, et al.
MN 0 07-4505           Alvin A. Von Holdt v. Garlock Sealing Technologies, LLC, et al.
MN 0 07-4506           Jerome Wiener v. Garlock Sealing Technologies, LLC, et al.
MN 0 07-4507           Leroy Wiirre v. Garlock Sealing Technologies, LLC, et al.
MN 0 07-4508           Louis Wiirre v. Garlock Sealing Technologies, LLC, et al.

NORTH CAROLINA MIDDLE
NCM 1 07-859            Robert Russell, Jr., et al. v. Aqua-Chem, Inc., et al.
NCM 1 07-860            Albert W. Neely, et al. v. Aqua-Chem, Inc., et al.

Case 3:07-cv-05451-EMC     Document 18-2     Filed 02/21/2008     Page 3 of 3
Case 2:01-md-00875-JG     Document 4986     Filed 12/17/2007     Page 3 of 3

Page 2 of 2

**MDL No. 875 - Schedule CTO-296 Tag-Along Actions (Continued)**

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **NEVADA** | |
| ~~NV 2 07-1495~~ | ~~Bernard Wojcik, et al. v. Graybar Electric Co., Inc., et al.~~ **Opposed 12/13/07** |
| ~~NV 2 07-1498~~ | ~~Oliver Garland, etc. v. Goulds Pumps, Inc. et al.~~ **Opposed 12/13/07** |
| **NEW YORK SOUTHERN** | |
| ✓NYS 1 07-9431 | John J. Surre v. Foster Wheeler, LLC, et al. |